# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| JEREMY LYNN COLVIN, | ) |
| Petitioner, | ) |
| v. | ) Case No. 7:22-cv-1495-LSC-GMB |
| TODD HALL, | ) |
| Respondent. | ) |

## MEMORANDUM OPINION

The Magistrate Judge entered a report (Doc. 10) on June 20, 2023, recommending that the petition for a writ of habeas corpus (Doc. 1) be dismissed without prejudice. No objections have been filed.

After careful consideration of the record in this case and the Magistrate Judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court finds that the petition for a writ of habeas corpus is due to be **DISMISSED WITHOUT PREJUDICE**. A final judgment will be entered.

**DONE** and **ORDERED** on July 13, 2023.

_____
L. Scott Coogler
United States District Judge

160704